IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

PHILLIP DEWAYNE STEWART
a/k/a Shaquile Lebron Israel                                                                                    PLAINTIFF

v.                                         Case No. 4:21-cv-00982-KGB

SHERRI FLYNN, Director, Arkansas
Sex Offender Screening Registration
Assessment, *et al.*                                                                                               DEFENDANTS

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Phillip Dewayne Stewart's amended complaint is dismissed without prejudice (Dkt. No. 6). The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this 13th day of September, 2022.

_____
Kristine G. Baker
United States District Judge